No. 62969.—Gould Monument Works *v.* United States, protest 58/24409 (Port Arthur).

Opinion by MOLLISON, J.   In accordance with oral stipulation of counsel that the merchandise consists of rough granite blocks, the claim of the plaintiff was sustained.

No. 62970.—Tropical Craft Corporation, Successors to Tropical Craft Import & Export Corporation *v.* United States, protest 132837–K (Tampa).

Opinion by MOLLISON, J.   The protest was dismissed.

BEFORE THE THIRD DIVISION, APRIL 13, 1959

No. 62971.—Railway Express Agency, Inc. *v.* United States, protest 173558–K (St. Albans).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of beef or veal similar in all material respects to that the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1, C.A.D. 686), the claim of the plaintiff was sustained.

No. 62972.—Darlington Pearl Works *v.* United States, protest 58/11355 (New York).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of mother-of-pearl disks similar in all material respects to those the subject of *Paramount Import Export Co. et al.* v. *United States* (45 C.C.P.A. 82, C.A.D. 677), the claim of the plaintiff was sustained.